**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TOMASA NEAL**                                                               **PLAINTIFF**

**v.**                                  **CASE NO. 4:26-CV-00263-BSM**

**SOCIAL SECURITY ADMINISTRATION**
**Commissioner**                                                             **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 26] is adopted, and Tomasa Neal's complaint is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE