**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TOMASA NEAL**                                                              **PLAINTIFF**

**v.**                           **CASE NO. 4:26-CV-00263-BSM**

**SOCIAL SECURITY ADMINISTRATION**
**Commissioner**                                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of June, 2026.

 

_____
UNITED STATES DISTRICT JUDGE